**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 419 WAL 2017

Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

v.   :

SHAWN MATTHEW HICKMAN,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.